# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133451

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 133451
                              COA: 271550
                              Lapeer CC:  00-006951-FC

JAMES MICHAEL GAJDA,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 31, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007 _____        _____

s0618                                        Clerk